IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-24011-CV-KING

MANUEL VELA, et al.,

    Plaintiff,

vs.

RHINA RUBIO, a/k/a RHINA
MOLINARES-RUBIO, and
SEARS HOLDINGS CORPORATION,
INC.

    Defendants.
_____/

## ORDER GRANTING DEFENDANT RUBIO'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon Defendant Rhina Rubio's Motion to Dismiss (DE #6) filed November 5, 2010.[1] Therein, Defendant Rubio states that she was fraudulently joined to Plaintiff's Complaint (DE #1) and was sued in her personal capacity for unspecified conduct under circumstances which no legal theory supports.

Upon review of Plaintiff's Complaint, which was removed to this Court by Defendants on November 5, 2010, the Court must agree that dismissal of Defendant Rubio is appropriate. There are simply no factual allegations pertinent to Defendant Rubio. Instead, the Complaint simply states that Rubio "was and is employed as Store Manager at the Sears Southland Mall Store, No. 01365 ..." Compl. ¶4. Such a dearth of factual allegations is necessarily insufficient to state a cause of action.

Given that Plaintiff is not a proper party to this action, removal to this Court was proper under the theory of fraudulent joinder. Accordingly, after careful consideration and the Court

---

[1] Plaintiffs failed to respond timely to Defendant Rubio's Motion to Dismiss.

being otherwise fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant Rhina Rubio's Motion to Dismiss (DE # 6) be, and the same is, **GRANTED.** Plaintiff's Complaint as to Defendant Rubio only is therefore **DISMISSED.**

**DONE AND ORDERED** in Chambers, at Miami, Miami-Dade County, Florida, this 23d day of November, 2010.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Plaintiffs,** *pro se*
**Manuel Vela**
28720 SW 170 Avenue
Homestead, FL 33030

**Carla Vela**
28720 SW 170 Avenue
Homestead, FL 33030
305-323-9229

**Counsel for Defendants**
**John Dennis Golden**
Golden & Grimes LLP
9350 S Dixie Highway
Suite 1550
Miami, FL 33156
305-670-4421
Fax: 670-4353
Email: jgolden@goldengrimes.com

2